B6A (Official Form 6A) (12/07)

In re  **George D. Ringer**                                    Case No.   **10-38013**
     **Mary C. Ringer**                                              (if known)

## SCHEDULE A - REAL PROPERTY

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting Any Secured Claim or Exemption | Amount Of Secured Claim |
|---|---|---|---|---|
| 9522 Moss Haven Drive, Dallas, TX  75231 Lot 7, Block T/8143 of Oak Highlands Estates II, an Addition to the City of Dallas, Texas according to the map thereof recorded in Volume 78099, Page 76, Map Records of Dallas County, Texas | Homestead | J | $410,000.00 | $124,500.00 |
| | | Total: | **$410,000.00** | |

(Report also on Summary of Schedules)

B6B (Official Form 6B) (12/07)

In re **George D. Ringer**              Case No.  **10-38013**
     **Mary C. Ringer**                                   (if known)

## SCHEDULE B - PERSONAL PROPERTY

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand. | | Cash on hand $234.00 | J | $234.00 |
| 2. Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Wells Fargo checking account (1) $100.00 | H | $100.00 |
| | | Wells Fargo savings account (1) $20.00 | H | $20.00 |
| | | Credit Union of Texas checking account (1) $29.00 | J | $29.00 |
| | | Bank of America checking account (1) $1,700.00 | W | $1,700.00 |
| | | Bank of America savings account (1) $350.00 | W | $350.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video and computer equipment. | | Televisions (4) $1,200.00<br>Stereo receiver (1) $50.00<br>DVD player (1) $100.00<br>CD player (1) $25.00<br>Record player (1) $25.00<br>Speakers (2) $20.00<br>Recliner (1) $50.00<br>Coffee Tables (2) $125.00<br>End tables (4) $100.00<br>Lamps (5) $75.00<br>Computer (1) $200.00<br>Dinner table (1) $400.00<br>Dining chairs (6) $260.00<br>Stove/oven (1) $200.00<br>Dishwasher (1) $70.00<br>Microwave (1) $40.00<br>Refrigerator (1) $300.00<br>Dresser (1) $150.00<br>Armoire (2) $200.00<br>Nightstands (5) $125.00 | C | $5,880.00 |

B6B (Official Form 6B) (12/07) -- Cont.

In re  **George D. Ringer**                                    Case No.   **10-38013**
       **Mary C. Ringer**                                                    (if known)

## SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 1*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | Mirror (1) $40.00<br>Beds (4) $300.00<br>Sofa table (1) $50.00<br>Chairs (5) $150.00<br>Cabinets (2) $400.00<br>Plates, glasses, flatware, bowls, cooking utensils $800.00<br>Pots, pans, coffee pot & other kitchen appliances $425.00 | | |
| 5. Books; pictures and other art objects; antiques; stamp, coin, record, tape, compact disc, and other collections or collectibles. | | Books (1 lot) $125.00<br>Art prints & other (6) $150.00<br>Movies (1 lot) $40.00<br>Music (1 lot) $150.00 | C | $465.00 |
| | | Antique table & lamp (1 each) $1,250.00<br>Breakfront (1) $1,100.00 | C | $2,350.00 |
| | | Contemporary coll collection (1 lot) $750.00 | W | $750.00 |
| 6. Wearing apparel. | | Clothing (2 lots) $2,100.00<br>Accessories (2 lots) $650.00<br>Shoes (2 lots) $140.00 | C | $2,890.00 |
| 7. Furs and jewelry. | | Wedding rings (2) $100.00<br>Watches (3) $650.00 | C | $750.00 |
| | | Fur coat (1) $750.00 | W | $750.00 |
| | | Costume jewelry (1 lot) $150.00<br>Diamond & emerald ring (1) $1,250.00<br>Engagement ring (1) $950.00 | C | $2,350.00 |
| 8. Firearms and sports, photo-graphic, and other hobby equipment. | | 12 gauge shotgun (1) $1,100.00<br>Camera & related accessories (1) $500.00<br>Baseball gloves, tennis racket, golf clubs & other related | C | $1,950.00 |

B6B (Official Form 6B) (12/07) -- Cont.

In re  **George D. Ringer**                                        Case No.  **10-38013**
     **Mary C. Ringer**                                                        _____
                                                       (if known)

# SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 2*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | sporting equipment (1 lot) $350.00 | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities.  Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars.  (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans.  Give particulars. | | Wells Fargo IRA (1) $25,500.00 | J | $25,500.00 |
| | | Charles Schwab IRA (1) $16,900.00 | J | $16,900.00 |
| | | Optum Health Savings Bank HSA (1) $1,700.00 | J | $1,700.00 |
| | | Fidelity Rollover IRA (1) $670.00 | C | $670.00 |
| | | Texas Teachers Retirement System (1) $490.00 | C | $490.00 |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | G. David Ringer, P.C. (1,000 shares) $0.00 | H | $0.00 |
| 14. Interests in partnerships or joint ventures. Itemize. | | Nolan '84 (16.682% interest) valued at $1,000.00 | H | $1,000.00 |
| | | Nolan Fairfax No. 1 (3.958% interest) valued at $250.00 | H | $250.00 |

B6B (Official Form 6B) (12/07) -- Cont.

In re  **George D. Ringer**          Case No.  __10-38013_____
       **Mary C. Ringer**                        (if known)

## SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 3*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled.  Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercis-able for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliqui-dated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims.  Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |

B6B (Official Form 6B) (12/07) -- Cont.

In re  **George D. Ringer**                                          Case No.    **10-38013**
       **Mary C. Ringer**                                                        _____
                                                                                (if known)

## SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 4*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | 2002 VW Jetta (1) valued at $8,195.00 | C | $8,195.00 |
| | | 2001 Volvo S60 (1) valued at $4,990.00 | C | $4,990.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | Desk, table, chairs & related items in business office (1 lot) $1,100.00 | H | $1,100.00 |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | Law books (1 lot) $150.00 | H | $150.00 |
| 30. Inventory. | X | | | |
| 31. Animals. | | 11 year old mixed breed dog (1) $50.00 | C | $50.00 |
| 32. Crops - growing or harvested. Give particulars. | X | | | |

B6B (Official Form 6B) (12/07) -- Cont.

In re  **George D. Ringer**                                    Case No.   **10-38013**
     **Mary C. Ringer**                                                         _____
                                                            (if known)

## SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 5*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed.  Itemize. | | Propane gas grill (1) $75.00<br>Various hand tools (1 lot) $175.00<br>Various gardening equipment, extension cords, step ladders (1 lot) $140.00 | C | $390.00 |

                                                           **5**   continuation sheets attached      **Total  >**    **$81,953.00**

(Include amounts from any continuation sheets attached.  Report total also on Summary of Schedules.)

B6C (Official Form 6C) (4/10)

In re  **George D. Ringer**                                              Case No.  **10-38013**
       **Mary C. Ringer**                                                        (If known)

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:        ☑ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                          $146,450.*

☐  11 U.S.C. § 522(b)(2)
☑  11 U.S.C. § 522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| 9522 Moss Haven Drive, Dallas, TX  75231 Lot 7, Block T/8143 of Oak Highlands Estates II, an Addition to the City of Dallas, Texas according to the map thereof recorded in Volume 78099, Page 76, Map Records of Dallas County, Texas | Const. art. 16 §§ 50, 51, Texas Prop. Code §§ 41.001-.002 | $285,500.00 | $410,000.00 |
| Televisions (4) $1,200.00 Stereo receiver (1) $50.00 DVD player (1) $100.00 CD player (1) $25.00 Record player (1) $25.00 Speakers (2) $20.00 Recliner (1) $50.00 Coffee Tables (2) $125.00 End tables (4) $100.00 Lamps (5) $75.00 Computer (1) $200.00 Dinner table (1) $400.00 Dining chairs (6) $260.00 Stove/oven (1) $200.00 Dishwasher (1) $70.00 Microwave (1) $40.00 Refrigerator (1) $300.00 Dresser (1) $150.00 Armoire (2) $200.00 Nightstands (5) $125.00 Mirror (1) $40.00 Beds (4) $300.00 Sofa table (1) $50.00 | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1) | $5,880.00 | $5,880.00 |
| *Amount subject to adjustment on 4/1/13 and every three years thereafter with respect to cases commenced  on or after the date of adjustment. | | $291,380.00 | $415,880.00 |

B6C (Official Form 6C) (4/10) -- Cont.

In re  **George D. Ringer**                                    Case No.  **10-38013**
       **Mary C. Ringer**                                                   (If known)

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

*Continuation Sheet No. 1*

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| Chairs (5) $150.00<br>Cabinets (2) $400.00<br>Plates, glasses, flatware, bowls, cooking utensils $800.00<br>Pots, pans, coffee pot & other kitchen appliances $425.00 | | | |
| Books (1 lot) $125.00<br>Art prints & other (6) $150.00<br>Movies (1 lot) $40.00<br>Music (1 lot) $150.00 | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1) | $465.00 | $465.00 |
| Antique table & lamp (1 each) $1,250.00<br>Breakfront (1) $1,100.00 | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1) | $2,350.00 | $2,350.00 |
| Contemporary coll collection (1 lot) $750.00 | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1) | $750.00 | $750.00 |
| Clothing (2 lots) $2,100.00<br>Accessories (2 lots) $650.00<br>Shoes (2 lots) $140.00 | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(5) | $2,890.00 | $2,890.00 |
| Wedding rings (2) $100.00<br>Watches (3) $650.00 | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(6) | $750.00 | $750.00 |
| Fur coat (1) $750.00 | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(5) | $750.00 | $750.00 |
| Costume jewelry (1 lot) $150.00<br>Diamond & emerald ring (1) $1,250.00<br>Engagement ring (1) $950.00 | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(6) | $2,350.00 | $2,350.00 |
| 12 gauge shotgun (1) $1,100.00<br>Camera & related accessories (1) $500.00<br>Baseball gloves, tennis racket, golf clubs & other related sporting equipment (1 lot) $350.00 | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1) | $1,950.00 | $1,950.00 |
| Wells Fargo IRA (1) $25,500.00 | Tex. Prop. Code § 42.0021 | $25,500.00 | $25,500.00 |
| | | **$329,135.00** | **$453,635.00** |

B6C (Official Form 6C) (4/10) -- Cont.

In re **George D. Ringer**               Case No.   **10-38013**
      **Mary C. Ringer**                                    (If known)

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

*Continuation Sheet No. 2*

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| Charles Schwab IRA (1) $16,900.00 | Tex. Prop. Code § 42.0021 | $16,900.00 | $16,900.00 |
| Optum Health Savings Bank HSA (1) $1,700.00 | Tex. Prop. Code § 42.0021 | $1,700.00 | $1,700.00 |
| Fidelity Rollover IRA (1) $670.00 | Tex. Prop. Code § 42.0021 | $670.00 | $670.00 |
| Texas Teachers Retirement System (1) $490.00 | Tex. Prop. Code § 42.0021 | $490.00 | $490.00 |
| 2002 VW Jetta (1) valued at $8,195.00 | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(9) | $8,195.00 | $8,195.00 |
| 2001 Volvo S60 (1) valued at $4,990.00 | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(9) | $4,990.00 | $4,990.00 |
| Desk, table, chairs & related items in business office (1 lot) $1,100.00 | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(4) | $1,100.00 | $1,100.00 |
| Law books (1 lot) $150.00 | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(4) | $150.00 | $150.00 |
| 11 year old mixed breed dog (1) $50.00 | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(11) | $50.00 | $50.00 |
| Propane gas grill (1) $75.00 Various hand tools (1 lot) $175.00 Various gardening equipment, extension cords, step ladders (1 lot) $140.00 | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1) | $390.00 | $390.00 |
| | | $363,770.00 | $488,270.00 |

B6D (Official Form 6D) (12/07)

In re **George D. Ringer**               Case No.  **10-38013**
      **Mary C. Ringer**                             (if known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCT #:<br><br>**Round Point Mortgage Servicing**<br>**PO Box 19409**<br>**Charlotte, NC 28219** | | J | DATE INCURRED: **1990**<br>NATURE OF LIEN:<br>**Homestead**<br>COLLATERAL:<br>**9522 Moss Haven Drive, Dallas, TX 75231**<br>REMARKS:<br><br><br>VALUE:     **$410,000.00** | | | | $124,500.00 | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | Subtotal (Total of this Page) > | | | $124,500.00 | $0.00 |
| | | | | Total (Use only on last page) > | | | $124,500.00 | $0.00 |

_____**No**_____continuation sheets attached

(Report also on Summary of Schedules.)

(If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

B6E (Official Form 6E) (04/10)

In re **George D. Ringer**                                      Case No.    __10-38013__
    **Mary C. Ringer**                                                            (If Known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

## TYPES OF PRIORITY CLAIMS   (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

☐ **Domestic Support Obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief.  11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,600* for deposits for the purchase, lease or rental of property or services for personal, family, or household use, that were not delivered or provided.  11 U.S.C. § 507(a)(7).

☑ **Taxes and Certain Other Debts Owed to Governmental Units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution.  11 U.S.C. § 507(a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance.  11 U.S.C. § 507(a)(10).

☐ **Administrative allowances under 11 U.S.C. Sec. 330**

Claims based on services rendered by the trustee, examiner, professional person, or attorney and by any paraprofessional person employed by such person as approved by the court and/or in accordance with 11 U.S.C. §§ 326, 328, 329 and 330.

*Amounts are subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

_____1_____continuation sheets attached

B6E (Official Form 6E) (04/10) - Cont.

In re  **George D. Ringer**                                            Case No.  **10-38013** _____
        **Mary C. Ringer**                                                            (If Known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

| TYPE OF PRIORITY | Taxes and Certain Other Debts Owed to Governmental Units |
|---|---|

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCT #:<br>**Internal Revenue Service**<br>**Attn: Vickie Fortson**<br>**4050 Alpha Rd, Room 185, MC 5120**<br>**Dallas, TX  75244** | X | H | DATE INCURRED:<br>CONSIDERATION:<br>**Taxes**<br>REMARKS:<br>**940 and 941 obligations for G.**<br>**David Ringer, P.C.** | | | | **$41,000.00** | **$41,000.00** | **$0.00** |
| ACCT #:<br>**Internal Revenue Service**<br>**Attn: Vickie Fortson**<br>**4050 Alpha Rd, Room 185, MC 5120**<br>**Dallas, TX  75244** | X | H | DATE INCURRED: **2000-Current**<br>CONSIDERATION:<br>**1040 Taxes**<br>REMARKS:<br>**Cumulative amounts of 1040**<br>**liabilities for tax years**<br>**beginning in the year 2000** | | | | **$446,000.00** | **$446,000.00** | **$0.00** |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |

Sheet no. ____**1**____ of ____**1**____ continuation sheets | Subtotals (Totals of this page) > | **$487,000.00** | **$487,000.00** | **$0.00**
attached to Schedule of Creditors Holding Priority Claims

| | Total > | **$487,000.00** | | |
|---|---|---|---|---|

**(Use only on last page of the completed Schedule E.**
**Report also on the Summary of Schedules.)**

| | Totals > | | **$487,000.00** | **$0.00** |
|---|---|---|---|---|

**(Use only on last page of the completed Schedule E.**
**If applicable, report also on the Statistical Summary**
**of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07)

In re  **George D. Ringer**
      **Mary C. Ringer**

Case No.  **10-38013**
       (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:<br>**Bobby D Associates**<br>**c/o Bell Nunnally & Martin**<br>**3232 McKinney Ave, Suite 1400**<br>**Dallas, TX 75204** | X | H | DATE INCURRED: **2003**<br>CONSIDERATION:<br>**Unsecured Debt**<br>REMARKS:<br>**Final judgment taken in 2003 in relationship to oil and gas investment from the 1980s** | | | | $304,000.00 |
| ACCT #:<br>**Charles R Billings**<br>**Attorney-at-Law**<br>**14901 Quorum Dr, Suite 740**<br>**Dallas, TX 75254** | X | H | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured Debt**<br>REMARKS: | | | | $5,000.00 |
| ACCT #:<br>**City of Dallas**<br>**1500 Marilla, 2DS**<br>**Dallas, TX 75201-9990** | | J | DATE INCURRED: **1992**<br>CONSIDERATION:<br>**Unsecured Debt**<br>REMARKS:<br>**Disputed obligation related to lien filed in connection with retaining wall constructed along ABrams Road in connection with** | | | X | $3,500.00 |
| | | | **widening of roadway. No basis for City of Dallas to make assessment for any cost to improvements to the public right-of-way. No improvements made to Debtor's homestead.** | | | | |
| ACCT #: **xxxxxx xx 3544**<br>**Discover Card**<br>**PO Box 15192**<br>**Wilmington, DE 19850-5192** | | J | DATE INCURRED: **1990 to current**<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | $0.00 |
| ACCT #:<br>**Frost National Bank**<br>**PO Box 34746**<br>**San Antonio, TX 78265** | | H | DATE INCURRED: **2004**<br>CONSIDERATION:<br>**Line of Credit**<br>REMARKS: | | | | $4,100.00 |

Subtotal >    **$316,600.00**

Total >

_____**1**_____continuation sheets attached

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **George D. Ringer**                              Case No.   **10-38013**
        **Mary C. Ringer**                                          (if known)

### SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:<br>**Higher Education Student Assistance Auth<br>PO Box 548<br>Trenton, NJ  08625-0548** | | H | DATE INCURRED:  **2001-2003**<br>CONSIDERATION:<br>**Student Loan**<br>REMARKS:<br>**College tuition for son** | | | | **$68,500.00** |
| ACCT #:  **xxx-xxxx-x00-05**<br>**Kohl's<br>PO Box 3043<br>Milwaukee, WI 53201-3043** | | W | DATE INCURRED:<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | **$500.00** |
| ACCT #:  **xxx-xxx-962-0**<br>**Macy's<br>PO Box 4562<br>Carol Stream, IL 60197-4562** | | W | DATE INCURRED:<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS:<br>**account not used by debtor** | | | | **$25,000.00** |
| ACCT #:  **xxxx-x62-38**<br>**Nordstrom<br>PO Box 79134<br>Phoenix, AZ 85062-9134** | | W | DATE INCURRED:<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | **$1,100.00** |
| ACCT #:<br>**Solar Soccer Club<br>c/o Stephen J Badget<br>901 Main St, Suite 4000<br>Dallas, TX  75202** | X | H | DATE INCURRED:  **2010**<br>CONSIDERATION:<br>**Unsecured Debt**<br>REMARKS:<br>**Creditor made varying demands for reimbursement of monies paid to G. David Ringer, PC in connection with services** | X | X | X | **$900,000.00** |
| | | | **rendered to the Club during the term that debtor was an officer/director of the soccer club** | | | | |

Sheet no. _____**1**_____ of _____**1**_____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

|  | Subtotal > | **$995,100.00** |
|---|---|---|
|  | Total > | **$1,311,700.00** |

**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)**

B6G (Official Form 6G) (12/07)

In re  **George D. Ringer**                                    Case No.  <u>**10-38013**</u>
       **Mary C. Ringer**                                                        (if known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.
State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc.  State whether debtor is the lessor or lessee of a lease.
Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to
one of the leases of contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a
minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| **Meadow Park Tower**<br>10440 N. Central Expressway<br>Dallas, TX 75231 | Office space lease<br>Contract to be ASSUMED |

B6H (Official Form 6H) (12/07)

In re  **George D. Ringer**                                    Case No.   **10-38013**
     **Mary C. Ringer**                                                          (if known)

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **G. David Ringer, P.C.**<br>10440 N. Central Expressway, Suite 1400<br>Dallas, TX 75231 | **Bobby D Associates**<br>c/o Bell Nunnally & Martin<br>3232 McKinney Ave, Suite 1400<br>Dallas, TX  75204 |
| **G. David Ringer, P.C.**<br>10440 N. Central Expressway, Suite 1400<br>Dallas, TX 75231 | **Charles R Billings**<br>Attorney-at-Law<br>14901 Quorum Dr, Suite 740<br>Dallas, TX  75254 |
| **G. David Ringer, P.C.**<br>10440 N. Central Expressway, Suite 1400<br>Dallas, TX 75231 | **Solar Soccer Club**<br>c/o Stephen J Badget<br>901 Main St, Suite 4000<br>Dallas, TX  75202 |
| **G. David Ringer, P.C.**<br>10440 N. Central Expressway, Suite 1400<br>Dallas, TX 75231 | **Internal Revenue Service**<br>Attn: Vickie Fortson<br>4050 Alpha Rd, Room 185, MC 5120<br>Dallas, TX  75244 |
| **G. David Ringer, P.C.**<br>10440 N. Central Expressway, Suite 1400<br>Dallas, TX 75231 | **Internal Revenue Service**<br>Attn: Vickie Fortson<br>4050 Alpha Rd, Room 185, MC 5120<br>Dallas, TX  75244 |

B6I (Official Form 6I) (12/07)

In re  **George D. Ringer**                                          Case No.  __**10-38013**__
       **Mary C. Ringer**                                                            (if known)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.  Do not state the name of any minor child.  The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: | Dependents of Debtor and Spouse | | | |
|---|---|---|---|---|
| **Married** | Relationship(s): Son<br>Spouse | Age(s): 25<br>58 | Relationship(s): | Age(s): |

| **Employment:** | Debtor | Spouse |
|---|---|---|
| Occupation | Attorney | Homemaker |
| Name of Employer | G. David Ringer, P.C. | |
| How Long Employed | 19 years | |
| Address of Employer | 10440 North Central Expressway<br>Suite 1400 L.B. 400<br>Dallas, TX  75231 | |

| INCOME:  (Estimate of average or projected monthly income at time case filed) | **DEBTOR** | **SPOUSE** |
|---|---|---|
| 1.   Monthly gross wages, salary, and commissions (Prorate if not paid monthly) | $0.00 | $0.00 |
| 2.   Estimate monthly overtime | $0.00 | $0.00 |
| 3.   SUBTOTAL | **$0.00** | **$0.00** |
| 4.   LESS PAYROLL DEDUCTIONS | | |
| a. Payroll taxes (includes social security tax if b. is zero) | $1,500.00 | $0.00 |
| b. Social Security Tax | $765.00 | $0.00 |
| c. Medicare | $0.00 | $0.00 |
| d. Insurance | $0.00 | $0.00 |
| e. Union dues | $0.00 | $0.00 |
| f. Retirement | $0.00 | $0.00 |
| g. Other (Specify) _____ | $0.00 | $0.00 |
| h. Other (Specify) _____ | $0.00 | $0.00 |
| i. Other (Specify) _____ | $0.00 | $0.00 |
| j. Other (Specify) _____ | $0.00 | $0.00 |
| k. Other (Specify) _____ | $0.00 | $0.00 |
| 5.   SUBTOTAL OF PAYROLL DEDUCTIONS | **$2,265.00** | **$0.00** |
| 6.   TOTAL NET MONTHLY TAKE HOME PAY | **($2,265.00)** | **$0.00** |
| 7.   Regular income from operation of business or profession or farm (Attach detailed stmt) | $14,000.00 | $0.00 |
| 8.   Income from real property | $0.00 | $0.00 |
| 9.   Interest and dividends | $0.00 | $0.00 |
| 10.  Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $0.00 | $0.00 |
| 11.  Social security or government assistance (Specify): _____ | $0.00 | $0.00 |
| 12.  Pension or retirement income | $0.00 | $0.00 |
| 13.  Other monthly income (Specify): | | |
| a._____ | $0.00 | $0.00 |
| b._____ | $0.00 | $0.00 |
| c._____ | $0.00 | $0.00 |
| 14.  SUBTOTAL OF LINES 7 THROUGH 13 | **$14,000.00** | **$0.00** |
| 15.  AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | **$11,735.00** | **$0.00** |
| 16.  COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | **$11,735.00** | |

(Report also on Summary of Schedules and, if applicable,
on Statistical Summary of Certain Liabilities and Related Data)

17.  Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:
**None.**

B6J (Official Form 6J) (12/07)

IN RE:   **George D. Ringer**              Case No.   **10-38013**
     **Mary C. Ringer**                                (if known)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed.  Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.  The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household.  Complete a separate schedule of expenditures labeled "Spouse."

| | |
|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $3,220.00 |
|    a. Are real estate taxes included?  ☑ Yes  ☐ No | |
|    b. Is property insurance included?  ☑ Yes  ☐ No | |
| 2. Utilities:   a. Electricity and heating fuel | $550.00 |
|            b. Water and sewer | $125.00 |
|            c. Telephone | $230.00 |
|            d. Other:  Cable TV | $125.00 |
| 3. Home maintenance (repairs and upkeep) | $500.00 |
| 4. Food | $690.00 |
| 5. Clothing | $350.00 |
| 6. Laundry and dry cleaning | $125.00 |
| 7. Medical and dental expenses | $400.00 |
| 8. Transportation (not including car payments) | $200.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $300.00 |
| 10. Charitable contributions | $200.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | |
|           a. Homeowner's or renter's | |
|           b. Life | $250.00 |
|           c. Health | |
|           d. Auto | $210.00 |
|           e. Other: | |
| 12. Taxes (not deducted from wages or included in home mortgage payments) Specify: | |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | |
|           a. Auto: | |
|           b. Other: | $150.00 |
|           c. Other:  College Tuition for Son | $580.00 |
|           d. Other:  Health Savings Account payments | $590.00 |
| 14. Alimony, maintenance, and support paid to others: | |
| 15. Payments for support of add'l dependents not living at your home: | |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $22,567.59 |
| 17.a. Other:  Pet Care | $75.00 |
| 17.b. Other: | |
| **18. AVERAGE MONTHLY EXPENSES (Total lines 1-17.  Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)** | **$31,437.59** |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:  **None.**


20. STATEMENT OF MONTHLY NET INCOME

| | |
|---|---:|
| a. Average monthly income from Line 15 of Schedule I | $11,735.00 |
| b. Average monthly expenses from Line 18 above | $31,437.59 |
| c. Monthly net income (a. minus b.) | ($19,702.59) |

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

IN RE:   **George D. Ringer**
         **Mary C. Ringer**

CASE NO   **10-38013**

CHAPTER   **7**

## EXHIBIT TO SCHEDULE J

## Itemized Business Expenses
### G. David Ringer, P.C.

| Expense | Category | Amount |
|---|---|---|
| Facsimile | Business Expense | $323.58 |
| Postage | Business Expense | $119.48 |
| Photocopies | Business Expense | $513.20 |
| Auto expenses | Transportation | $348.94 |
| Bank fees | Business Expense | $57.94 |
| Business luncheons | Business Expense | $84.20 |
| Client development | Business Expense | $372.69 |
| Client expense | Business Expense | $222.76 |
| Courier charges | Business Expense | $56.33 |
| Dues, fees & memberships | Fees | $135.83 |
| Equipment lease | Equipment Lease | $831.71 |
| Equipment maintenance | Equipment | $181.41 |
| Insurance (officer & staff) | Insurance | $4,168.96 |
| Office supplies | Supplies | $771.87 |
| Postage | Office expenses | $133.30 |
| Professional development | Business Expense | $32.50 |
| Professional services | Professional Fees | $916.60 |
| Publications & subscriptions | Business Expense | $20.66 |
| Rent | Rent | $4,464.61 |
| Salaries | Labor | $6,270.50 |
| Storage | Business Expense | $451.66 |
| Taxes | Taxes | $986.27 |
| Telecommunications | Telephone | $1,102.59 |
| | **Total >** | **$22,567.59** |

B6 Summary (Official Form 6 - Summary) (12/07)

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

In re   **George D. Ringer**
        **Mary C. Ringer**

Case No.    **10-38013**

Chapter     **7**

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets.  Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities.  Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | $410,000.00 | | |
| B - Personal Property | Yes | 6 | $81,953.00 | | |
| C - Property Claimed as Exempt | Yes | 3 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | $124,500.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 2 | | $487,000.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 2 | | $1,311,700.00 | |
| G - Exectory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | $11,735.00 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 2 | | | $31,437.59 |
| TOTAL | | 20 | $491,953.00 | $1,923,200.00 | |

Form 6 - Statistical Summary (12/07)

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

In re  **George D. Ringer**
       **Mary C. Ringer**

Case No.   **10-38013**

Chapter    **7**

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8)), filing a case under chapter 7, 11, or 13, you must report all information requested below.

☑ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts.  You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| **TOTAL** | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | |
| Average Expenses (from Schedule J, Line 18) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20) | |

**State the following:**

| | | |
|---|---|---|
| 1.  Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2.  Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | | |
| 3.  Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4.  Total from Schedule F | | |
| 5.  Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

B6 Declaration (Official Form 6 - Declaration) (12/07)

In re **George D. Ringer**                                    Case No.   **10-38013**
      **Mary C. Ringer**                                                          (if known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ **22** _____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.


Date  **11/26/2010**                              Signature  **/s/ George D. Ringer**
                                                             **George D. Ringer**


Date  **11/26/2010**                              Signature  **/s/ Mary C. Ringer**
                                                             **Mary C. Ringer**
                                                  [If joint case, both spouses must sign.]

---

*Penalty for making a false statement or concealing property:  Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. §§ 152 and 3571.*