B 8 (Official Form 8) (12/08)

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

IN RE:  **George D. Ringer**                              CASE NO  **10-38013**
       **Mary C. Ringer**
                                                          CHAPTER **7**

# CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

PART A -- Debts secured by property of the estate. (Part A must be fully completed for EACH debt which is secured by property of the estate. Attach additional pages if necessary.)

| Property No. 1 | |
|---|---|
| **Creditor's Name:**<br>Round Point Mortgage Servicing<br>PO Box 19409<br>Charlotte, NC 28219 | **Describe Property Securing Debt:**<br>9522 Moss Haven Drive, Dallas, TX 75231 |

Property will be (check one):
☐ Surrendered       ☑ Retained

If retaining the property, I intend to (check at least one):
☐ Redeem the property
☑ Reaffirm the debt
☐ Other. Explain (for example, avoid lien using 11 U.S.C. § 522(f)):

Property is (check one):
☐ Claimed as exempt       ☐ Not claimed as exempt

PART B -- Personal property subject to unexpired leases. (All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)

| Property No. 1 | | |
|---|---|---|
| **Lessor's Name:**<br>Meadow Park Tower<br>10440 N. Central Expressway<br>Dallas, TX 75231 | **Describe Leased Property:**<br>Office space lease | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>YES ☑       NO ☐ |

**I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.**

Date **11/26/2010**                                            Signature  **/s/ George D. Ringer**
                                                                                                                  *George D. Ringer*

Date **11/26/2010**                                            Signature  **/s/ Mary C. Ringer**
                                                                                                                  *Mary C. Ringer*