**JOYCE W. LINDAUER**
Attorney at Law
8140 Walnut Hill Lane, Suite 301
Dallas, Texas 75231
(972) 503-4033 Telephone
(972) 503-4034 Facsimile
**ATTORNEY FOR DEBTORS**

## IN THE UNITED STATES BANKRUPCTY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| GEORGE D. RINGER AND MARY | § | CASE NO. 10-38013 |
| C. RINGER | § | |
| | § | |
| Debtors. | § | |

### OBJECTION TO BOBBY D. ASSOCIATES OHIO GENERAL PARTNERSHIP'S MOTION TO EXTEND DEADLINE TO FILE A COMPLAINT OBJECTING TO DISCHARGE OR TO DETERMINE DISCHARGEABILITY OF DEBTS

**TO THE HONORABLE BARBARA J. HOUSER, U.S. BANKRUPTCY JUDGE:**

COMES NOW **GEORGE D. AND MARY C. RINGER**, and files their Objection to Bobby D. Associates Ohio General Parntership's Motion to Extend Deadline to file a Complaint Objecting to Discharge or to Determine Dischargeability of Debts (the "Motion") and would respectfully show the Court as follows:

### SPECIFIC ADMISSIONS

1. Debtor admits the allegations contained in paragraph 1 of the Motion.

2. Debtor admits the allegations contained in paragraph 2 of the Motion.

3. Debtor admits the allegations contained in paragraph 3 of the Motion.

4. Debtor admits the allegations contained in paragraph 5 of the Motion.

### SPECIFIC DENIALS

5. Debtor denies the allegations contained in paragraph 4 of the Motion.

6. Debtor denies the allegations contained in paragraph 6 of the Motion.

7. Debtor denies the allegations contained in paragraph 7 of the Motion.

8. Debtor denies the allegations contained in paragraph 8 of the Motion.

9. Debtor denies the allegations contained in paragraph 9 of the Motion.

10. Debtor denies the allegations contained in paragraph 10 of the Motion. In order to extend the deadline, the Creditor must show "good cause." Debtors claim no good cause has been alleged or shown for an extension.

**WHEREFORE, PREMISES CONSIDERED**, Debtor prays the Court deny the Motion requested and grant the Debtor such other and further relief to which he may show himself entitled.

Dated: January 27, 2011

Respectfully Submitted,
/s/ Joyce W. Lindauer
**JOYCE W. LINDAUER**
State Bar No. 21555700
Attorney at Law
8140 Walnut Hill Lane, Suite 301
Dallas, Texas 75231
(972) 503-4033 Telephone
(972) 503-4034 Facsimile
**ATTORNEY FOR DEBTORS**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on January 27, 2011 a true and correct copy of the foregoing document was forwarded via electronic filing to those persons receiving electronic notice or First Class US Mail to the following:

Heather H. Jobe
1400 One McKinney Plaza
3232 McKinney Avenue
Dallas, Texas 75204-2429

Randall K. Lindley
1400 One McKinney Plaza
3232 McKinney Avenue
Dallas, Texas 75204-2429

/s/ Joyce W. Lindauer
**JOYCE W. LINDAUER**