




**The following constitutes the ruling of the court and has the force and effect therein described.**

**United States Bankruptcy Judge**

**Signed January 27, 2011**

---

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| GEORGE D. RINGER AND MARY | § | CASE NO. 10-38013 |
| C. RINGER | § | |
| | § | |
| Debtors. | | |

### ORDER ON MOTION FOR EXAMINATION OF
### CORPORATE REPRESENTATIVE FOR ABLON AND CO., P.L.L.C.
### PURSUANT TO BANKRUPTCY RULE 2004

Before the Court is Bobby D. Associates, an Ohio General Partnership's ("**BDA**") Motion for Examination of Corporate Representative for Ablon and Co., P.L.L.C. Pursuant to Bankruptcy Rule 2004, filed on January 10, 2011 (the "**Motion**") (Doc. No. 17). The Motion was duly served on Michael Magers as the registered agent for Ablon and Co., P.L.L.C., the Chapter 7 Trustee, Debtor's counsel, and the service list in this case. Having considered the Motion,

It is accordingly, ORDERED as follows:

1. The Motion shall be and is hereby GRANTED.

**ORDER ON MOTION FOR EXAMINATION OF CORPORATE REPRESENTATIVE FOR
ABLON AND CO., P.L.L.C. PURSUANT TO BANKRUPTCY RULE 2004 – Page 1**

2. BDA shall be entitled to examine a corporate representative of Ablon & Co., P.L.L.C. in the above styled and referenced bankruptcy case by oral deposition to be taken pursuant to Rule 2004 of the Federal Rules of Bankruptcy Procedure. The oral deposition of a corporate representative of Ablon & Co., P.L.L.C. will take place at the offices of Bell Nunnally & Martin LLP, 3232 McKinney Ave., Suite 1400, Dallas, Texas, 75204 on February 9, 2011 beginning at 10:00 a.m. or at such time and place to which the parties agree and will continue from day-to-day until completed, as more particularly set forth in the Notice of Intention to Take Oral Deposition Pursuant to Bankruptcy Rule 2004 in the form attached to the Motion as Exhibit "A" (the "**Notice of Deposition**").

3. BDA shall also be entitled to the items, documents, and tangible things described in the Notice of Deposition, for inspection and copying by counsel for BDA on or before February 7, 2011 or at a time and place to which the parties agree.

# # END OF ORDER # #

714877_1.DOC